No. 40735.—Protests 954924–G, etc., of New York Merchandise Co., Inc. (Los Angeles).

Opinion by SULLIVAN, J. It was stipulated that the merchandise is a pouch consisting of imitation leather with a metal zipper, that it is in chief value of metal,

and that it is used for holding and carrying tobacco for the convenience of pipe smokers. On the record presented the claim at 60 percent under paragraph 1552 was sustained as to one item.